ZBS LAW, LLP
Shadd A. Wade, Esq.
Nevada Bar No. 11310
J. Stephen Dolembo, Esq.
Nevada Bar No. 9795
9435 W. Russell Rd, Suite 120
Las Vegas, NV 89148
swade@zbslaw.com
sdolembo@zbslaw.com
(702) 948-8565; Fax (702) 446-9898
*Attorneys for Defendants Sables, West Coast 2023-3, LLC, and West Coast Servicing, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CRISTOBAL SANTOS, an individual, and MARIA SANTOS, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> WEST COAST 2023-3 LLC, a Limited Liability Company, WEST COAST SERVICING INC., a Corporation; SABLES, LLC, a Limited Liability Company; and DOES 1 through 10, inclusive, <br><br> Defendants. | CASE NO.: 2:26-CV-00502-GMN-EJY <br><br> **STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE RESPONSIVE PLEADING** |

Plaintiffs, CRISTOBAL SANTOS and MARIA SANTOS, (hereinafter "Plaintiffs"), by and through its attorneys of record, Michael J. Harker, Esq. and Defendants West Coast Servicing, Inc., West Coast 2023-3 LLC, and Sables, LLC ("Defendants") by and through their attorney of record ZBS Law, LLP hereby stipulate to extend Defendants West Coast Servicing, Inc. and West Coast 2023-3 LLC deadline to file a responsive pleading. Sables filed its responsive pleading on April 3, 2026.

On April 22, 2026, Plaintiffs filed Affidavits of Service reflecting service on West Coast Servicing, Inc. and West Coast 2023-3 LLC on March 16, 2026. The Parties have not pursued this litigation due to a pending Bankruptcy filed by Plaintiff Cristobal Santos on March 4, 2026. A copy of the Notice of Bankruptcy is attached hereto.

Pursuant to this stipulation, Defendants West Coast Servicing, Inc. and West Coast 2023-3 LLC shall file a responsive pleading or an appropriate procedural motion by FRIDAY, MAY 29, 2026. Plaintiffs stipulate and agree to allow extension of time to respond and withdraw the Motion Seeking Entry of Default to allow the parties time to meet and confer concerning the procedural posture of multiple open cases and settlement.

This is the Parties' first request for an extension of the deadline and is not intended to cause unnecessary delay or prejudice to any party.

**IT IS SO STIPULATED.**

DATED this __27th__ day of April, 2026.

| ZBS LAW, LLP | MICHAEL J. HARKER, ESQ. |
|---|---|
| **/s/ J. Stephen Dolembo, Esq.** | **/s/ Michael J. Harker, Esq.** |
| J. Stephen Dolembo, Esq. | Michael J. Harker, Esq. |
| Nevada Bar No. 9795 | Nevada Bar No. 005353 |
| 9435 W. Russell Road, Suite 120 | 2901 El Camino Ave., Suite 200 |
| Las Vegas, Nevada 89148 | Las Vegas, Nevada 89102 |
| sdolembo@zbslaw.com | Attorney for Plaintiffs |
| Attorneys for Defendants | |

**Case No.: 2:26-cv-00502-GMN-EJY**

**ORDER**

Based upon the foregoing Stipulation by and between the parties, and good cause appearing, IT IS SO ORDERED.

Dated this 28th day of April, 2026.

_____
U.S. MAGISTRATE JUDGE